UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
JUDITH ADELA FERNANDEZ MARTINEZ,          **ORDER**
ON BEHALF OF HERSELF AND ALL
OTHER PERSONS SIMILARLY SITUATED          **25-CV-8266 (JW)**

                                  Plaintiff,

                    -against-

WERNER GOURMET MEAT SNACKS, INC.,

                                  Defendant.
--------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has been advised that all claims asserted herein have been settled in principle. Dkt. No. 15. Accordingly, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within forty-five days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court. The Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are vacated. All deadlines are adjourned *sin die*. The Clerk of Court is directed to close the case.

SO ORDERED.

DATED:   New York, New York
         January 22, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge